UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRIVLY DOBBINS,

    Plaintiff,                                                         No. 19-10546

v.                                                                 District Judge Paul D. Borman
                                                                     Magistrate Judge R. Steven Whalen

GREYHOUND LINES, INC.,

    Defendant.
_____/

## ORDER

On May 15, 2018, Defendant filed a motion for qualified protective order [Doc. #8], relating to the disclosure of Plaintiff Trivly Dobbins' personal health information that is otherwise protected under the Health Insurance Portability and Accountability Act ("HIPPA"), 42 U.S.C. § 1320d *et seq.*, and Defendant's request to interview Plaintiff's health providers. Plaintiff has not responded to the motion.[1]

Having reviewed the motion and brief in support, and in view of *Holman v. Rasak*, 486 Mich. 429, 785 N.W.2d 98 (2010), and *Szpak v. Inyang*, 290 Mich.App. 711 (2010),

IT IS ORDERED that Defendant's motion for qualified protective order [Doc. #8] is GRANTED.

---

[1] Defendant's counsel indicates that Plaintiff's counsel would not stipulate to the proposed protective order, but stated, "I would not object to the relief requested and would leave the matter to the Court's discretion." *Motion*, ¶ 10.

IT IS FURTHER ORDERED that the proposed qualified protective order submitted with Defendant's motion as Exhibit C will be entered as the order of this Court.

Dated: June 19, 2019

s/ R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on June 19, 2019, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager to the
Honorable R. Steven Whalen